**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01463-CV

### YAN BENJAMIN WILHELM ASSOUN, Appellant

### V.

### ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

## ORDER

Before the Court is appellant's January 28, 2015, unopposed motion for extension of time to file appellant's brief. On January 29, 2015, this Court noted the change in appellant's counsel and on our own motion, we granted appellant an additional thirty days to file his brief. Consequently, appellant's January 28, 2015, motion for extension of time to file appellant's brief is **DENIED** as moot.

/s/     CRAIG STODDART
         JUSTICE